# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) 2:12-cr-00238-GWF<br>) |
| vs. | ) **ORDER FOR DISMISSAL**<br>) |
| ROBERT SPIVEY, JR., | )<br>) |
| Defendant. | ) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Indictment returned on June 26, 2012, as to defendant, **ROBERT SPIVEY, JR.** only.

DANIEL G. BOGDEN
United States Attorney

/s/ Nadia Ahmed

NADIA AHMED
Special Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

**DATED** this _____ day of January, 2013.

UNITED STATES DISTRICT JUDGE